UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFF GORDON, #1586781, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:11-CV-0225-G (BK) |
| BRAD LIVINGSTON, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge, and **DENIES** as moot plaintiff's motions for leave to proceed *in forma pauperis* and for preliminary injunction and protective order (docket entries 2 and 3).

SO ORDERED.

March 9, 2011.

                                                                                    _____
                                                                                    **A. JOE FISH**
                                                                                    **Senior United States District Judge**